UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY WILLIS** | **Case No.: 2:18-CV-05499-GAM** |
| **Plaintiff,** | |
| v. | **STIPULATION FOR BINDING ARBITRATION AND FOR STAY OF ACTION AS TO VERIZON PENNSYLVANIA LLC ONLY** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al** | |
| **Defendant.** | |

Plaintiff GARY WILLIS ("Plaintiff") and Defendants VERIZON PENNSYLVANIA LLC ("VERIZON"), through their counsel of record, hereby stipulate as follows:

1.      On or about December 20, 2018, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Pennsylvania, entitled *Gary Willis v. Experian Information Solutions, Inc., et al.*, Case Number 2:18-CV-05499. The Complaint asserts two causes of action: (1) one cause of action for violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* against defendant Experian Information Solutions, Inc., and (2) one cause of action against VERIZON for violation of the FCRA.

2.      After a meet and confer between counsel for the parties, Plaintiff and VERIZON agree that they previously entered into a valid agreement to arbitrate all disputes ("Arbitration Agreement").

3.      Accordingly, pursuant to the Arbitration Agreement, Plaintiff and VERIZON have stipulated to arbitrate their dispute through the American Arbitration Association ("AAA").

4.      The parties also stipulate to stay the action in its entirety pending completion of the arbitration. as to Defendant Verizon only . The parties shall inform the Court of the outcome of the Arbitration within ten (10) days of its completion.

**IT IS SO STIPULATED.**

DATED: 5/28/19

ZEMEL LAW LLC

By _____
Nicholas Linker, Esquire
1373 Broad Street, Suite 203-C
Clifton, New Jersey 07013
(862) 227-3106
dz@zemellawllc.com
nl@zemellawllc.com
Counsel for Plaintiff
Gary Willis

DATED: 5/28/19

REILLY, MCDEVITT & HENRICH, P.C.

By _____
Christine V. Viggiano, Esquire
Reilly, McDevitt & Henrich, P.C.
The Widener Building
One South Penn Square, Suite 410
Philadelphia, PA 19107
(215) 972-5200
cviggiano@rmh-law.com
Counsel for Defendant,
Verizon Pennsylvania LLC

APPROVED BY THE COURT:

_____
United States District Judge

6/4/19